# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Derek L. Irish, Dylan M. Irish, Michael D. Irish, Dale Henry Garmann, Dennis Duane Garmann, Diana Garmann, Jacole Johnson, Jenelle Johnson, Sheri Adolph Johnson Singer, Louis Garmann, Adolph Sealey, and Vicki Lynn Yoeman, | ) ) ) ) ) ) ) | **ORDER** |
| Plaintiffs/Counter-Defendants, | ) ) | |
| vs. | ) ) | Case No. 4:13-cv-032 |
| Statoil Oil & Gas, LP, f/k/a Brigham Oil & Gas, L.P., | ) ) ) | |
| Defendant/Counterclaimant. | ) | |

On January 15, 2015, the parties' filed a "Stipulation of Dismissal with Prejudice." The court **ADOPTS** the parties' stipulation (Docket No. ) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs to either party.

Dated this 16th day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court